146 A.3d 473

**MARTIN**

v.

**MEYER**

No. 257, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 1796, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 474

**MAYBERRY**

v.

**BATTLES**

No. 140, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

(No. CAL14-34089, Circuit Court for Prince George's County).

Petition for writ of certiorari denied.